UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.:  11-CV-01001-REB-MEH

VICKIE DOTEY

      Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC., a Virginia Limited Liability Company

      Defendant

---

### NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff by and through her attorney of record and hereby states:

1. The Plaintiff and Defendant have reached a settlement in this matter.

2. A settlement agreement is being prepared by the parties and their respective counsel.

3. Upon execution of the settlement agreement, the parties intend to file a Notice of Dismissal with Prejudice.

4. The parties expect to file the Notice of Dismissal within thirty days.

      Respectfully submitted,

      s/Troy D. Krenning
**Troy D. Krenning, Esq.**
Gookin, Krenning & Associates, LLC
501 N. Cleveland Avenue
Loveland, Colorado 80537
(970) 292-8290
Email: troydklaw@msn.com
**Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following email address:

arowberry@portfoliorecovery.com
C/O    Adrienne Rowberry
         Portfolio Recovery Associates, LLC
         140 Corporate Blvd.
         Office of General Counsel
         Norfolk, VA 23502

    s/Troy D. Krenning
    **Troy D. Krenning, Esq.**
    Gookin, Krenning & Associates, LLC
    501 N. Cleveland Avenue
    Loveland, Colorado 80537
    (970) 292-8290
    (888) 465-8045 FAX
    Email: troydklaw@msn.com
    **Attorney for Plaintiff**