IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-CV-01001-REB-MEH

**VICKIE DOTEY**

    **Plaintiff,**

v.

**PORTFOLIO RECOVERY ASSOCIATES, LLC., a Virginia Limited Liability Company**

    **Defendant**

---

### STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

COMES NOW the parties, by and through their counsel of record, and for their Stipulated Motion to Dismiss with Prejudice state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. All issues in this matter are now resolved.

3. Each party agrees to pay their own costs and attorney fees.

4. The parties respectfully request that the Court now dismiss this matter with prejudice and vacate all remaining dates with respect to this matter. Respectfully

Submitted this 10th day of June, 2011.

s/ Troy D. Krenning                           s/ Adrianne Rowberry
    Troy D. Krenning, Esq.                    Adrienne Rowberry
    Gookin, Krenning & Associates         Portfolio Recovery Associates, LLC
    501 N. Cleveland Avenue               140 Corporate Blvd.
    Loveland, Colorado  80537             Office of General Counsel
    Attorneys for the Plaintiff           Norfolk, VA 23502

2